IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERCY BRADLEY,

    Plaintiff,                          No. CIV S-04-2033 MCE DAD P

    vs.

CAPTAIN LEA, et al.,

    Defendants.                 ORDER

_____/

       Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of April 28, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's May 17, 2005 request for an extension of time is granted; and

       2. Plaintiff is granted sixty days from the date of this order in which to file a second amended complaint.[1]

DATED: May 20, 2005.

                                                   /s/ Dale A. Drozd
                                                   DALE A. DROZD
                                                   UNITED STATES MAGISTRATE JUDGE

DAD/bb/4
brad2033.36

---

[1] Plaintiff is advised to promptly submit a notice of change of address after he has been transferred.